UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>vs.<br><br>SONIC CORPORATION,<br><br>        Defendant. | Case No.: 2:24-cv-06452-MRP<br><br>STIPULATION OF DISMISSAL |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between counsel for Plaintiff, Andrew Wilkins, and Defendant, Sonic LLC (improperly identified as Sonic Corporation), that the above-entitled action is hereby dismissed against Defendant, Sonic LLC, with prejudice and with each party to bear its own attorneys' fees and costs pursuant to FED. R. CIV. P. 41(a).

Dated: August 27, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Megan Mason*<br>Megan Mason, Bar No. 333015<br>mmason@littler.com<br><br>LITTLER MENDELSON, P.C.<br>Three Parkway<br>1601 Cherry Street, Suite 1400<br>Philadelphia, PA  19102.1321<br>Telephone:   267.402.3000<br>Facsimile:    267.402.3131<br><br>Attorneys for Defendant<br>SONIC LLC<br><br>**SO ORDERED.** | */s/ Daniel Zemel*<br>Daniel Zemel, Esq.<br>Zemel Law LLC<br>660 Broadway<br>Paterson, NJ 07514<br>Tel: (862) 227-3106<br>Fax: (973) 282-8603<br>Email: dz@zemellawllc.com<br>Attorney for Plaintiff<br><br>BY THE COURT:<br><br>_____<br>HON. MIA R. PEREZ<br>Dated: August 28, 2025 |